UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTOINE A. LEACH,<br><br>                Plaintiff,<br><br>   v.<br><br>C/O DENNISON and C/O BARAJUS,<br><br>                Defendants. | NO:  4:14-CV-5063-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND CLOSING FILE |

BEFORE THE COURT is Magistrate Judge Hutton's Report and Recommendation to deny Mr. Leach leave to proceed *in forma pauperis,* and to close the file (ECF No. 6).  Plaintiff did not file objections.  Rather, on September 3, 2014, Plaintiff submitted a note indicating that he would like to "reopen" this case, and to which he attached a partial statement of his inmate account for the month of July 2014 (ECF No. 7).

This partial statement is insufficient to satisfy 28 U.S.C. § 1915(a)(2), which requires a "certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING
LEAVE TO PROCEED *IN FORMA PAUPERIS* AND CLOSING FILE -- 1

1 filing of the complaint." Consequently, Plaintiff needed to submit an inmate
2 account statement for the six months preceding May 16, 2014, when he submitted
3 his complaint (ECF No. 1). Although granted the opportunity, he did not do so.

4     Therefore, **IT IS ORDERED** the Report and Recommendation (ECF No. 6)
5 is **ADOPTED in its entirety,** the application to proceed *in forma pauperis* is
6 **DENIED** and this file shall be closed.

7     **IT IS SO ORDERED**. The District Court Executive is directed to enter this
8 Order, forward a copy to Plaintiff and close the file. The Court certifies pursuant
9 to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good
10 faith and would lack any arguable basis in law or fact.

11     **DATED** September 25, 2014.



                     THOMAS O. RICE
                United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING
LEAVE TO PROCEED *IN FORMA PAUPERIS* AND CLOSING FILE -- 2